Nicholas Barthel (SB# 319105)
 nick@barthelbarthel.com
**Barthel Legal, APC**
2173 Salk Avenue, Suite 250
Carlsbad, CA 92008
Telephone: (760) 259-0033

Jason Verhagen, Esq. (pro hac vice)
 jverhagen@consumerprotection.net
**Schlanger Law Group, LLP**
150 Allens Creek Road, Suite 240
Rochester, NY 14618
Telephone: (212) 500-6114

Attorneys for Plaintiff Cherilyn Staton

Chelsea A. Bernard (SB# 343509)
 chelsea.bernard@thompsonhine.com
**Thompson Hine LLP**
2049 Century Park East, Suite 3500
Los Angeles, CA 90067-3217
Telephone: (310) 998-9100
Facsimile: (310) 998-9109

Attorneys for Defendants
Block, Inc. and Sutton Bank

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERILYN STATON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLOCK, INC. and SUTTON BANK,<br><br>　　　　　Defendants. | Case No. 3:25-cv-09257-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Hon. William H. Orrick |

1    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Cherilyn Staton

2  and Defendants Block, Inc. and Sutton Bank as follows:

3    Plaintiff shall submit the claims Plaintiff asserted in this action to be resolved by arbitration,

4  which shall be administered by National Arbitration and Mediation ("NAM") according to the

5  NAM Comprehensive Rules and Procedures, and this action shall be stayed until such arbitration

6  has been completed.  This Stipulation may be executed in counterparts and by facsimile or pdf.

7

8  Dated: December 8, 2025                            THOMPSON HINE LLP

9

10                                                       By: */s/ Chelsea A. Bernard*
                                                          Chelsea A. Bernard
11                                                        *Attorneys for Defendants Block, Inc. and*
                                                          *Sutton Bank*
12

13                                                     BARTHEL LEGAL, APC

14

15  Dated: December 8, 2025                          By: */s/ Nicholas Barthel*
                                                          Nicholas Barthel
16

17                                                       Jason Verhagen (pro hac vice)
                                                          Schlanger Law Group, LLP
18
                                                          *Attorneys for Plaintiff Cherilyn Staton*
19

20

21                          **ATTESTATION OF CONCURRENCE**

22    I, Chelsea A. Bernard, as the ECF user and filer of this document, attest that, pursuant to

23  General Order 45, Section X.(B), concurrence in the filing of this document has been obtained from

24  Nicholas Barthel the above signatory.

25

26  Dated: December 8, 2025                          By: */s/ Chelsea A. Bernard*
                                                          Chelsea A. Bernard
27

28

1

## [PROPOSED] ORDER

2          The Court, having considered the parties' Stipulation, and good cause appearing, ORDERS

3    as follows:

4          Plaintiff is hereby ordered to submit her claims to binding arbitration, to be administered

5    by National Arbitration and Mediation ("NAM") according to the NAM Comprehensive Rules and

6    Procedures. The above-entitled action is stayed pending the completion of arbitration or dismissal

7    of the action by the parties.

8

9          IT IS SO ORDERED.

10

11

12   Dated: _____          _____
                                              Hon. Wiliam H. Orrick
13                                            United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THOMPSON HINE LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER
                                                                    CASE NO. 3:25-CV-09257-WHO