1  Nicholas Barthel (SB# 319105)
   *nick@barthelbarthel.com*
2  **Barthel Legal, APC**
   2173 Salk Avenue, Suite 250
3  Carlsbad, CA 92008
   Telephone: (760) 259-0033
4
   Jason Verhagen, Esq. (pro hac vice)
5    *jverhagen@consumerprotection.net*
   **Schlanger Law Group, LLP**
6  150 Allens Creek Road, Suite 240
   Rochester, NY 14618
7  Telephone: (212) 500-6114

8  Attorneys for Plaintiff Cherilyn Staton

9

10 Chelsea A. Bernard (SB# 343509)
   *chelsea.bernard@thompsonhine.com*
11 **Thompson Hine LLP**
   2049 Century Park East, Suite 3500
12 Los Angeles, CA 90067-3217
   Telephone: (310) 998-9100
13 Facsimile: (310) 998-9109

14 Attorneys for Defendants
   Block, Inc. and Sutton Bank

15

16                    IN THE UNITED STATES DISTRICT COURT

17                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| CHERILYN STATON, | Case No. 3:25-cv-09257-WHO |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | Hon. William H. Orrick |
| BLOCK, INC. and SUTTON BANK, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Cherilyn Staton and Defendants Block, Inc. and Sutton Bank as follows:

Plaintiff shall submit the claims Plaintiff asserted in this action to be resolved by arbitration, which shall be administered by National Arbitration and Mediation ("NAM") according to the NAM Comprehensive Rules and Procedures, and this action shall be stayed until such arbitration has been completed. This Stipulation may be executed in counterparts and by facsimile or pdf.

Dated: December 8, 2025                                THOMPSON HINE LLP


By: */s/ Chelsea A. Bernard*
    Chelsea A. Bernard
    *Attorneys for Defendants Block, Inc. and Sutton Bank*


BARTHEL LEGAL, APC


Dated: December 8, 2025                                By: */s/ Nicholas Barthel*
    Nicholas Barthel

    Jason Verhagen (pro hac vice)
    Schlanger Law Group, LLP

    *Attorneys for Plaintiff Cherilyn Staton*


## **ATTESTATION OF CONCURRENCE**

I, Chelsea A. Bernard, as the ECF user and filer of this document, attest that, pursuant to General Order 45, Section X.(B), concurrence in the filing of this document has been obtained from Nicholas Barthel the above signatory.


Dated: December 8, 2025                                By: */s/ Chelsea A. Bernard*
    Chelsea A. Bernard

**[PROPOSED] ORDER**

The Court, having considered the parties' Stipulation, and good cause appearing, ORDERS as follows:

Plaintiff is hereby ordered to submit her claims to binding arbitration, to be administered by National Arbitration and Mediation ("NAM") according to the NAM Comprehensive Rules and Procedures. The above-entitled action is stayed pending the completion of arbitration or dismissal of the action by the parties. The parties shall submit a Joint Status Report by May 18, 2026, and every six months thereafter, until the matter is resolved, apprising the court of the status of the arbitration.

IT IS SO ORDERED.

Dated: December 9, 2025

_____
Hon. William H. Orrick
United States District Judge

THOMPSON HINE LLP
ATTORNEYS AT LAW
LOS ANGELES